

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-12-00352-CV

IN RE STEPHANIE DAWN BYRD                 RELATOR

-----------

## ORIGINAL PROCEEDING

-----------

## MEMORANDUM OPINION[1]

-----------

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

PER CURIAM

PANEL:  WALKER, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  August 24, 2012

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).